**Order entered September 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00198-CR

### RIGOBERTO VAZQUEZ HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-59234-P

## ORDER

On August 21, 2015, this Court ordered the Honorable Teresa Hawthorne, Presiding Judge of the 203rd Judicial District Court, to prepare and file, within fourteen days, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. To date, we have not received the certification, nor have we had any correspondence regarding the status of the certification. The appeal cannot proceed without the certification of appellant's right to appeal, and the trial court is required to prepare a certification in every case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the Honorable Teresa Hawthorne, Presiding Judge of the 203rd Judicial District Court to prepare and file within this Court, by **OCTOBER 9, 2015** a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **ORDER** Lisabeth Kellett, official court reporter of the 203rd Judicial District Court, to file, by **OCTOBER 9, 2015**, a supplemental record containing State's Exhibit no. 2, a DVD.

We **DIRECT** the Clerk to send copies of this order to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Lisabeth Kellett, official court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE